# Court of Appeals
# of the State of Georgia

ATLANTA,   October 28, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0066.  JAMES L. TATUM v. THE STATE.**

On August 1, 2013, the superior court entered an order revoking James L. Tatum's probation. On September 27, 2013, he filed this application for discretionary appeal seeking review of the revocation order.[1]  We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989); see also *Gable v. State*, 290 Ga. 81, 82-83 (2) (a) (720 SE2d 170) (2011).  Because Tatum's application was filed 57 days after entry of the order he seeks to appeal, it is untimely, and it is accordingly DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/28/2013
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ , *Clerk.*

---

[1] Although Tatum attempted to file the application earlier, we could not accept it for filing because he included neither the statutory filing fee nor a pauper's affidavit as required by OCGA § 5-6-4 and Court of Appeals Rule 5.  He also failed to include a certificate of service as required by Court of Appeals Rule 5.